UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SUSAN WEINSTEIN, individually, as co-administrator of the Estate of Ira William Weinstein, and as natural guardian of plaintiff David Weinstein, JEFFREY A. MILLER as co-administrator of the Estate of Ira William Weinstein, JOSEPH WEINSTEIN, JENNIFER WEINSTEIN HAZI, and DAVID WEINSTEIN,

Plaintiffs-Judgment Creditors,

-against-

THE ISLAMIC REPUBLIC OF IRAN, THE IRANIAN MINISTRY OF INFORMATION AND SECURITY, AYATOLLAH ALI HOSEINI KHAMENEI, ALI AKBAR HASHEMI-RAFSANJANI, and ALI FALLAHIAN-KHUZESTANI,

Defendants-Judgment Debtors.
------------------------------------------------------------------X

Case No.: Misc. 02 Misc. 237

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the annexed memorandum of law; the annexed Declaration in Support; and upon the pleadings and proceedings heretofore had herein, Plaintiff – Judgment Creditor JENNIFER WEINSTEIN HAZI ("Plaintiff") will move this Court, at the Courthouse located at 100 Federal Plaza, Central Islip, New York, at PART I thereof, on November 22, 2007 at 11:00 o'clock in the forenoon of that day, or at such other date and time as the Court may set, or as soon thereafter as counsel can be heard, for an Order:

a) Pursuant to FED. R. CIV. P. 69(a), N.Y. C.P.L.R. § 5228(a) and § 201 of the Terrorism Risk Insurance Act, appointing Plaintiff – Judgment Creditor's counsel, Robert J. Tolchin, Esq., as a receiver authorized to sell the real property located at 135 Puritan Avenue,

Forest Hills, New York (Queens County Block 3286, Lot 58), to deliver the proceeds of such sale to the Plaintiff in partial satisfaction of her judgment against Defendant – Judgment Debtor Islamic Republic of Iran, and to take any and all actions necessary or proper to effectuate such sale and delivery; and

b) Granting such other and further relief as is just and proper.

Dated: New York, New York
October 31, 2007

Respectfully submitted,

JAROSLAWICZ & JAROS, LLC
*Attorneys for the plaintiffs-judgment creditor Jennifer Weinstein Hazi*

by: S/ Robert J. Tolchin
Robert J. Tolchin

225 Broadway, 24th Floor
New York, New York 10007
(212) 227-2780

TO: The Islamic Republic of Iran
Ministry of Foreign Affairs
Imam Khomeini Sq.
Teheran, Iran

Bank Melli
Ferdowsi Avenue
P.O. Box 11365-171
Tehran, Iran

Danna Drori, Esq.
Office of the U.S. Attorney for the Southern District of New York, Civil Division
86 Chambers Street
New York, New York 10007

Gholamreza Rahi
135 Puritan Ave
Forest Hills, NY 11375-6027