UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

SUSAN WEINSTEIN, *et al.*,

Plaintiffs - Judgment Creditors,

-against-

THE ISLAMIC REPUBLIC OF IRAN, *et al.*,

Defendants - Judgment Debtors,

-and-

BANK MELLI,

Respondent.

---------------------------------------------------------X

Misc. 02-237 (LDW)

**Status Report**
135 Puritan Avenue
Forest Hills NY

**Status Report**

The subject property was sold on December 22, 2010. All seized personal property of the defendants has been disposed of or is being stored for pending sale or disposal. The net proceeds from the sale were deposited in a blocked interest bearing escrow account at Citibank (details below). See attached for closing expense report and report sent to the Office of Foreign Assets Control as required.

| | |
|---|---|
| Property: | 135 Puritan Avenue, Forest Hills Gardens, NY |
| Sale Price: | $1,607,000 |
| Bank: | Citibank, 78 Carleton Avenue, Central Islip NY |
| Name of Account: | Fredrick M. Ausili as Receiver for<br>135 Puritan Ave., Forest Hills Gardens<br>Queens NY, NYC, Block 3286, Lot 58 |
| Account Holder: | Fredrick M. Ausili as Receiver |
| Account Number: | 9983236030 |
| Current Balance: | $ 1,431,460.17 (as of 03/19/2011) |

Fredrick M. Ausili as Receiver
Fredrick M. Ausili as Receiver

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

SUSAN WEINSTEIN, *et al.*,

Plaintiffs - Judgment Creditors,

-against-

THE ISLAMIC REPUBLIC OF IRAN, *et al.*,

Defendants - Judgment Debtors,

-and-

BANK MELLI,

Respondent.

---------------------------------------------------------------X

Misc. 02-237 (LDW)

**Closing Expenses**
135 Puritan Avenue
Forest Hills NY

**Closing Expenses**

| | |
|---|---|
| Martin Weinberg, Esq. | $ 1,700.00 |
| Terrace Realty Real Estate Commission | $ 64,280.00 |
| Forest Hills Garden Corporation | $ 5,498.02 |
| Terrace Realty (Locksmith invoice) | $ 206.86 |
| Terrace Realty (Cleaning Service invoice) | $ 740.00 |
| Terrace Realty (Painting Service invoice) | $ 400.00 |
| Credit to Buyer for Water Pipe Damage | $ 15,000.00 |
| Credit to Buyer for Roof Leaking Damage | $ 5,000.00 |
| DEP (Water invoice) | $ 2,520.69 |
| Title Closer Fees | $ 271.56 |
| Back Property Tax (2007-2011) | $ 48,251.48 |
| NY State Transfer Tax | $ 6,428.00 |
| RPTT (NY City Transfer Tax) | $ 22,899.75 |
| Title Closer | $ 150.00 |
| Con Edison | $ 230.21 |
| National Grid | $ 29.21 |
| Exterminator | $ 1,414.14 |
| Plumbing Estimate | $ 190.53 |
| Kendrick Landscaping & Cleanup | $ 778.87 |
| Darsh Construction | $ 200.00 |

**FREDRICK M. AUSILI**

*ATTORNEY AT LAW*

300 GARDEN CITY PLAZA ♦ SUITE 326

GARDEN CITY, NEW YORK 11530

TELEPHONE: (631) 871-8373
FAX: (631) 630-1938

E-MAIL: ausililaw@optonline.net

Licensing and Enforcement Divisions
Office of Foreign Assets Control
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Treasury Annex
Washington, DC 20220

License No. NPW-1117

| | |
|---|---|
| Property: | 135 Puritan Avenue, Forest Hills Gardens, NY |
| Bank: | Citibank<br>78 Carleton Avenue<br>Central Islip NY 11722 |
| Name of Account: | Fredrick M. Ausili as Receiver for<br>135 Puritan Ave., Forest Hills Gardens<br>Queens NY, NYC, Block 3286, Lot 58 |
| Account Holder: | Fredrick M. Ausili as Receiver |
| Account Number: | 9983236030 |
| Amount Deposited: | $ 1,587,240.88 |
| Interest Earned: | $ 24.66 |
| Closing Expenses: | $ 156,189.32 |
| Current Balance:<br>(as of 12/29/10) | $ 1,431,076.22 |

Fredrick M. Ausili as Receiver

Fredrick M. Ausili as Receiver